# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| TN45 | 9121631 | Anderton | A972 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 03/25/2025 | Title 18 USC 1701 |

Place of Offense: Smyrna, TN

Offense Description: Factual Basis for Charge: Obstruction of U.S. Mail, Generally

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: (629) 238-8663

| Last Name | First Name | M.I. |
|---|---|---|
| Mitchell | Kimberly | D |

Street Address: 107 Samantha Ct

| City | State | Zip Code |
|---|---|---|
| Murfreesboro | TN | 37130 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth |
|---|---|---|---|---|
| 109085731 | | TN | 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 | 01/15/1991 |

☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Eyes BRN | Hair BRN | Height 5'5" | Weight 204

### VEHICLE  VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CMV ☐

**A** ☒ **APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B** ☐ **APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

CVB SCAN 04/03/2025 12:52

*9121631*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03/25, 20 25 while exercising my duties as a law enforcement officer in the Middle District of TN

see attached PC statement —

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/25/25  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/03/2025 12:52

CVB SCAN 04/03/2025 12:52



# UNITED STATES POSTAL SERVICE
## OFFICE OF INSPECTOR GENERAL
MIDATLANTIC AREA FIELD OFFICE
BRENTWOOD, TN SUB-OFFICE
1734 General George Patton Drive
Brentwood, TN 37027

Probable Cause Statement

United States District Court Violation Notice #9121631

I, Chad Anderton, Special Agent, (SA Anderton) United States Postal Service, Office of Inspector General (USPS OIG), Brentwood, TN, being duly sworn, hereby depose and state the following:

I am a SA with the USPS OIG. I have been so employed for approximately eight years. Prior to my employment with the USPS OIG, I was employed as a SA with the United States Secret Service for approximately 15 years.

I have twenty-two years of service as a federal criminal investigator, all of which have been spent investigating Federal criminal law violations. I am currently assigned to investigate USPS employees involved in misconduct, including the obstruction of U.S. Mail.

## Probable Cause

1. On or about 3/13/25, the SA Anderton received information that certain cell phones had gone missing in the mail. Research of these phones' IMEI numbers provided information that Rural Carrier Kimberly Mitchell (Mitchell) was selling phones that were stolen from the U.S. Mail from the Smyrna, TN Post Office.

2. Sales reports of these phones provided images of Mitchell and copies of her Tennessee driver's license captured at the time of sale. Twenty-seven devices were sold by Mitchell.

3. On 03/25/25, SA Anderton interviewed Mitchell, who after being read her Miranda rights, admitted to stealing 10-20 cell phones from the U.S. Mail and selling between 20-30 cell phones stolen from the U.S. Mail from approximately April 2024 to present.

4. SA Anderton issued Mitchell a Central Violations Bureau (CVB), United States District Court Violation Notice, #9121631 on March 25, 2025, charging

Mitchell with one count of Title 18 USC 1701, Obstruction of U.S. Mail, Generally.

I do solemnly declare and affirm under penalty of perjury that the contents of the foregoing documents are true and correct to the best of my knowledge, information, and belief.

Chad Anderton, Special Agent
United States Postal Service
Office of the Inspector General